IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| EQUIFAX INFORMATION SERVICES LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEXISNEXIS RISK SOLUTIONS FL INC., )<br>f/k/a LEXISNEXIS RISK & INFORMATION )<br>ANALYTICS GROUP, INC., )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION NO.<br>3:10cv00609 (REP) |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Equifax Information Services LLC ("Equifax") states that the correct defendant, LexisNexis Risk Data Retrieval Services LLC, is a Georgia LLC, thereby destroying diversity. Equifax therefore submits this stipulation of DISMISSAL WITHOUT PREJUDICE.

US2008 1708740 1

-2-

This __9__ day of November, 2010.

_/s/ John Montgomery_
John Montgomery
MONTGOMERY & SIMPSON LLP
2116 Dabney Road
Suite A-1
Richmond, Virginia 23230
Phone: (804) 355-8744
Fax: (804) 355-8748

Counsel for Plaintiff


_/s/ Cameron S. Matheson_
Cameron S. Matheson
MURPHY & MCGONIGLE, PC
4870 Sadler Road
Suite 301
Glen Allen, Virginia 23060
Phone: (804) 762-5332
Fax: (804) 762-5361

Counsel for Defendant